Leonard Shaw, Appellant, v. N. B. Broward Drainage District, Appellee.

An Appeal from a Decree of the Circuit Court within and for the County of Broward.

Appeal dismissed on motion of counsel for Appellee.

*Evans & Mershon,* for Appellant;

*Atkinson & Burdine,* for Appellee.

---

Tampa Northern Railroad Company, Plaintiff in Error, v. Hugh Hale, et al., Defendants in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Hernando.

Writ of Error dismissed on motion of counsel for Plaintiff in Error.

*Knight, Thompson & Turner* and *Geo. C. Martin,* for Plaintiff in Error;

*Fred L. Stringer* and *Hugh Hale,* for Defendants in Error.

---

Clara Markillie, Appellant, v. Royal George Markillie et al., Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Duval.

Appeal dismissed on motion of counsel for Appellant.

*Thomas W. Fielding,* for Appellant;

*A. V. Long* and *P. L. Gaskins,* for Appellees.

---

## CASE DISMISSED BEFORE THE CLERK IN VACATION DURING THE JUNE TERM, A. D. 1920.

B. C. Neeld et al., Appellants, v. E. I. Painter Fertilizer Co. et al., Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Pinellas.

Appeal dismissed on praecipe of counsel for Appellants.

*James Booth* and *D. C. McMullen,* for Appellants.